UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO LOMBARDO, | |
| Plaintiff(s), | Case No. 2:14-cv-02095-JCM-NJK |
| vs. | ORDER |
| AMERICAN AIRLINES, INC., | (Docket No. 18) |
| Defendant(s). | |

Pending before the Court is Defendant's motion to amend answer to assert additional affirmative defenses. Docket No. 18. Any response was due no later than April 25, 2015. To date, no response has been filed opposing the motion. *See* Docket. Accordingly, the motion may be granted as unopposed. *See* Local Rule 7-2(d). The Court has also reviewed the motion and finds that leave to amend is warranted.

Pursuant to Fed. R. Civ. P. 15(a), "[t]he court should freely give leave when justice so requires," and there is a strong public policy in favor of permitting amendment. *Bowles v. Reade*, 198 F.3d 752, 757 (9th Cir. 1999). As such, the Ninth Circuit has made clear that Rule 15(a) is to be applied with "extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003). In deciding a motion for leave to amend, the court considers five factors: (1) bad faith; (2) undue delay; (3) prejudice to the opposing party; (4) futility of amendment; and (5) whether the plaintiff has previously amended the complaint. *United States v. Corinthian Colleges*, 655 F.3d 984, 995 (9th Cir. 2011). The pending motion is brought within the deadline to amend the pleadings,

1  *see* Docket No. 17 at 3, and no factors warranting denial of the amendment exist.

2  Accordingly,

3  **IT IS HEREBY ORDERED** that Defendant's motion to amend, Docket No. 18, is
4  **GRANTED**.  The Amended Answer, attached to Defendant's motion as Exhibit A, shall be filed on
5  the docket no later than May 11, 2015.

6  DATED: May 4, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge