# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO LOMBARDO, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> AMERICAN AIRLINES, INC., ) <br> ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:14-cv-02095-JCM-NJK <br><br> ORDER <br><br><br> (Docket No. 32) |

Pending before the Court is a stipulation to extend certain discovery deadlines. Docket No. 32. Requests to extend discovery must "be supported by a showing of good cause for the extension." Local Rule 26-4. Additionally, "all motions or stipulations to extend a deadline set forth in the discovery plan shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline." *Id.* Late motions or stipulations "shall not be granted unless the movant demonstrates that the failure to act was the result of excusable neglect." *Id.*

Here, the parties filed their stipulation on December 15, 2015, the joint pretrial order deadline expires on December 24, 2015, and the discovery deadline expires on December 28, 2015. *See* Docket Nos. 32, 31. The parties did not submit their stipulation to extend twenty-one days prior to the subject deadline. Thus, the Local Rules require them to demonstrate that their failure to act was the result of excusable neglect. The stipulation fails to address, much less demonstrate excusable neglect.

//
//
//

1 | Accordingly, the stipulation is hereby DENIED without prejudice.
2 |     IT IS SO ORDERED.
3 |     DATED: December 16, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge