ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
PERRY & WESTBROOK
A Professional Corporation
1701 W. Charleston Blvd., #200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendant
AMERICAN AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO LOMBARDO, individually, | |
| Plaintiff, | CASE NO.: 2:14-cv-2095-JCM-NJK |
| vs. | |
| AMERICAN AIRLINES, INC., Foreign Corporation; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive; | |
| Defendants. | |

### STIPULATION AND ORDER TO AMEND ORDER REGARDING SUBMISSION OF STIPULATION AND PROPOSED ORDER OF DISMISSAL

COMES NOW, the parties by and through their respective counsel and submit the following Stipulation to amend the Order that a Stipulation of Dismissal and Proposed Order must be filed by Tuesday, August 23, 2016 for the following reasons:

1. On July 26, 2016, the parties participated in a Settlement Conference and reached a confidential settlement.

2. On July 26, 2016, the court entered an Order that the parties shall have until August 9, 2016 to sign the necessary settlement agreement and until August 23, 2016 to enter the

Page 1 of 2

Stipulation of Dismissal and the Proposed Order.

3. That the parties timely signed the appropriate settlement agreement;

4. That the Defendant, AMERICAN AIRLINES, INC., is a member of the Airlines Clearing House (ACH) which is the interline clearing house which issues the settlement funds and requires no less than 45 days from request to issue the appropriate draft;

5. That the ACH currently anticipates the settlement draft should be available after September 22, 2016;

6. That the parties request an extension of 37 days or until September 29, 2016 to submit the Stipulation of Dismissal and the Proposed Order.

Dated: August 22, 2016

PERRY & WESTBROOK

/s/ Alan W. Westbrook

ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
1701 W. Charleston Blvd. #200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendant
AMERICAN AIRLINES

Dated: August 22, 2016

KEATING LAW GROUP

/s/ John T. Keating

JOHN T. KEATING, ESQ.
Nevada Bar No. 6373
9130 W. Russell Rd., Ste. 200
Las Vegas, NV 89148
Telephone: (702) 228-6800
Facsimile: (702) 228-0443
E-Mail: jkeating@keatinglg.com
Attorneys for Plaintiff
ALBERTO LOMBARDO

## ORDER

IT IS SO ORDERED.

Dated this _23_ day of _August_, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge