ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
PERRY & WESTBROOK
A Professional Corporation
1701 W. Charleston Blvd., #200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendant
AMERICAN AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO LOMBARDO, individually, | CASE NO.: 2:14-cv-2095-JCM-NJK |
| Plaintiff, | |
| vs. | |
| AMERICAN AIRLINES, INC., Foreign Corporation; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive; | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned case be dismissed with prejudice, the parties to bear their respective

/////

/////

/////

/////

Page 1 of 2

costs, including attorney fees or other expenses of litigation.

Dated: Sept 27, 2016

PERRY & WESTBROOK

_____
ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
1701 W. Charleston Blvd. #200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendant
American Airlines, Inc.

Dated: Sept 27, 2016

KEATING LAW GROUP

_____
JOHN T. KEATING, ESQ.
Nevada Bar No. 6373
9130 W. Russell Rd., Ste. 200
Las Vegas, NV 89148
Telephone: (702) 228-6800
Facsimile: (702) 228-0443
E-Mail: jkeating@keatinglg.com
Attorneys for Plaintiff
Alberto Lombardo

IT IS SO ORDERED September 30, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE